JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RANDY JOHN MORASCH, | Case No. 5:23-00470-MRA (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| BRYAN PHILLIPS, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: March 25, 2025

_____
THE HONORABLE MONICA RAMÍREZ ALMADANI
United States District Judge